# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARYETTA HOPPER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of the Social Security )<br>Administration, )<br>)<br>Defendant. ) | Case No. CIV-04-1038-M |

## ORDER

On May 26, 2005, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation [docket no. 18] in this action brought pursuant to 42 U.S.C. § 405(g) for judicial review of defendant Commissioner of Social Security Administration's ("Commissioner") final decision denying plaintiff's applications for supplemental security income and disability insurance benefits. Magistrate Judge Bacharach recommends that this matter be reversed and remanded to the Commissioner for further administrative proceedings consistent with the Report and Recommendation. The parties were advised of their right to object to the Report and Recommendation by June 15, 2005. A review of the case file reveals that no objections have been filed.

The Court has carefully reviewed this matter *de novo*. The Court agrees with Magistrate Judge Bacharach's Report and Recommendation in all respects. Accordingly, the Court hereby:

(1) ADOPTS Magistrate Judge Bacharach's thorough and well-reasoned Report and Recommendation;

(2) REVERSES the Commissioner's decision denying plaintiff's applications for supplemental security income and disability insurance benefits;

(3)  REMANDS this action to the Commissioner for further administrative proceedings consistent with the Report and Recommendation; and

(4)  ORDERS that pursuant to sentence four of 42 U.S.C. § 405(g), judgment be entered in favor of plaintiff forthwith.

**IT IS SO ORDERED this 1st day of August, 2005.**

*[signature]*
VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE